THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Lenard Scott

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD SCOTT, | Case No.  2:05-CV-1781-WBS-DAD |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| MARY M. CASEY LIVING TRUST, | |
| Defendant. _____/ | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date:  December 17, 2006                              Date:  December 23, 2006

Kristine M. Awalt                                              Thomas N. Stewart, III
Attorney for Defendant                                   Attorney for Plaintiff

IT IS SO ORDERED:

Date:  December 28, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1